IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE DON WHITE,

     Petitioner,            No. CIV S-07-1830 LKK KJM P

     vs.

M.C. KRAMER,

     Respondent.          <u>FINDINGS AND RECOMMENDATIONS</u>

                                       /

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

          Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a). The court must now determine if the action is frivolous or malicious.

          In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. <u>Conway v. Fugge</u>, 439 F.2d 1397 (9th Cir. 1971). The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" <u>Franklin</u>, 745 F.2d at 1227 (citations omitted).

1

1   Petitioner's petition was filed with the court on September 5, 2007.  The court's own
2 records reveal that on November 3, 2006, petitioner filed a petition containing virtually identical
3 allegations against the same respondents.  (No. Civ. S-06-2441 RRB CMK P).[1]  On August 17,
4 2007, the Magistrate Judge assigned to that case recommended that the petition be dismissed as
5 untimely.  Petitioner did not file objections to the findings and recommendations, but instead sent in
6 the same habeas petition, attacking the same San Joaquin County convictions, to be opened as a new
7 case.  This is improper.
8   Due to the duplicative nature of the present action, the court finds it frivolous and,
9 therefore, will recommend dismissal of the petition.  28 U.S.C. § 1915(d).
10   IT IS HEREBY RECOMMENDED that this action be dismissed.
11   These findings and recommendations are submitted to the District Judge assigned to
12 this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served
13 with these findings and recommendations, petitioner may file written objections with the court.  The
14 document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
15 Petitioner is advised that failure to file objections within the specified time may waive the right to
16 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2
whit1830.123

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

2